U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Greeneville
Date: 11/20/2025     Courtroom: 300 - Greeneville

Initial Appearance: [✓] Complaint  [ ] Indictment  [ ] SSI  [ ] Information  [ ] Violation Petition
[ ] Rule 5
Other Hearing: [ ] Arraignment  [ ] Arraignment on SSI

**Case No.** 2:25-mj-216     **USA v.** Cayden Brock Newberry

Present Before: HONORABLE Cynthia Richardson Wyrick     U.S. Magistrate Judge

**Tom McCauley**     **Lesley Tiller**
Assistant U.S. Attorney     Attorney for Defendant     US Probation Officer
                            [✓] Appt. [ ] Retd. [ ] Ltd. App.

Amanda Gunter     DCR
Courtroom Deputy     Court Reporter / Digital Recording     Interpreter
                                                            [✓] SWORN

**PROCEEDINGS**:
[✓] Financial affidavit executed          Court Appointed: [✓] Federal Defender or [ ] CJA Attorney
[ ] Deft. retained an attorney            [ ] Deft. WAIVED appointment of an attorney
[✓] Deft. advised of rights
[✓] Deft. waived reading of Indictment/Information     [ ] Indictment/Information Read
[✓] Deft. pleads not guilty on counts  all counts       [ ] Deft. entered no plea
[ ] Not guilty plea entered by Court on defendant's behalf
[✓] Deft. requested a Preliminary Examination     [ ] Deft WAIVED the Rule 5 hearings
[ ] Court UNSEALED case in its entirety           [ ] Case REMAINS sealed
[ ] Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:
Jury Trial: _____     Final Pretrial Conf.: _____
Detn Hrg: _____       Preliminary Examination: 12/01/2025 at 11:00 am
Arraignment: _____    Motion Hrg: _____
Status Conf: _____    Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET**:
Discovery Ddl: _____     Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____    Response Ddl: _____
Plea Ddl: _____          Other: _____

**BOND**:
[✓] Government moved for detention
[✓] Dft WAIVED detention hrg.  [ ] Detention hrg. set  [ ] Detention hrg. held at Initial Appearance
[ ] Deft. released on Conditions of Release
[✓] Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: dcr 2-25-cr-123 20251120 152631     Court time: 3:34 to 3:42