UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:25-MJ-216 |
| CAYDEN BROCK NEWBERRY, ) | |
| Defendant. ) | |

## ORDER

During an initial appearance on November 20, 2025, Defendant requested court-appointed counsel, for which the Court determined he is financially qualified. As such, the Federal Defender Services of East Tennessee is appointed to represent Defendant in all further proceedings in this action.

**SO ORDERED**:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge