UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:25-MJ-216 |
| CAYDEN BROCK NEWBERRY, | ) |
| Defendant. | ) |

## **ORDER**

In accordance with the requirements of the Due Process Protections Act, the Court reminds the United States of its obligation to produce all exculpatory evidence to Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or other sanctions by the Court.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge